UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                           Case No: 6:16-cr-266-Orl-41GJK

**GIOVANNI ELLIS**
_____/

**PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE is before the Court on the United States' Motion for Entry of a Preliminary Order of Forfeiture ("Motion," Doc. 29), pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), for **a Glock, Model 17, 9mm Firearm, a Taurus, Model PT111 G2, 9mm Firearm, and approximately 75 Rounds of 9mm Ammunition Marked as 9mm LUGER**.

The Court finds that the United States has established the requisite nexus between the above-referenced firearms and ammunition and Defendant's offense of being a convicted felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) as charged in Count One of the Indictment (Doc. 1).

It is **ORDERED**, **ADJUDGED**, and **DECREED** that for good cause shown, the Motion is hereby **GRANTED**.

It is **FURTHER ORDERED** that pursuant to the provisions of Federal Rule of Criminal Procedure 32.2(b)(2), 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), the firearms and ammunition are forfeited to the United States for disposition according to law.

It is **FURTHER ORDERED** that:

1. The United States will provide written notice to all third parties known to have an alleged legal interest in the forfeited firearms and ammunition and will publish notice on the internet at www.forfeiture.gov.

2. Any person, other than Giovanni Ellis, who has or claims any right, title or interest in the forfeited firearms and ammunition must file a petition with this Court for a hearing to adjudicate the validity of their alleged interest. The petition should be mailed to the Clerk of the United States District Court, Orlando Division, 401 W. Central Blvd., Suite 1200, Orlando, Florida 32801-0120, within thirty days of the final publication of notice or receipt of actual notice, whichever is earlier.

3. The petition shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited firearms and ammunition, the time and circumstances of the petitioner's acquisition of such right, title or interest, and any additional facts surrounding the petitioner's claim and the relief sought.

4. After receipt of the petition by the Court, the Court will set a hearing to determine the validity of the petitioner's alleged interest in the forfeited firearms and ammunition.

5. Upon adjudication of all third-party interests in the forfeited firearms and ammunition, this Court will enter a Final Judgment of Forfeiture in which all interests will be addressed.

The Court retains jurisdiction to entertain any third-party claims that may be asserted in these proceedings, and to enter any further orders necessary for the forfeiture and disposition of the forfeited firearms and ammunition.

**DONE** and **ORDERED** in Orlando, Florida on February 5, 2018.



Copies furnished to:

Counsel of Record